IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM KLEKOTTA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-CV-1343-RP |
| CADENCE MCSHANE CONSTRUCTION COMPANY LLC, | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Notice of Settlement, (Dkt. 44). The parties state that they have reached a settlement and anticipate filing a stipulation of dismissal within 60 days.

**IT IS ORDERED** that this case is **STAYED** through July 16, 2018. The parties shall file a stipulation of dismissal on or before July 16, 2018. **IT IS FURTHER ORDERED** that the final pretrial conference set for May 17, 2018, is **CANCELLED** and the trial set for May 21, 2018, is **VACATED**. Finally, **IT IS ORDERED** that Defendant's Motion for Summary Judgment, (Dkt. 13), Defendant's Motion in Limine, (Dkt. 28), and Plaintiff's Motion in Limine, (Dkt. 32), are **MOOT**.

**SIGNED** on May 16, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE